**M. C. IZLAR v. HATTIE B. REYNOLDS, individually, and as Administratrix of the Estate of M. L. Reynolds, deceased.**

34 So. (2nd) 40                                   January Term, 1948
January 23, 1948                                         Division A
Rehearing denied February 24, 1948

Affirmed.

**A. NASH and ERNEST RODLER v. SAMUEL LEVY**

32 So. (2nd) 432                                  January Term, 1948
January 23, 1948                                         Division A

Affirmed.

**AL. HARTMAN v. A. O. ANDREU, individually and as Sheriff of Bradford County, Florida and FRANK LANDRUM, individually and as Prosecuting Officer of and for the Court of the County Judge of Bradford County, Florida.**

32 So. (2nd) 432                                  January Term, 1948
January 23, 1948                                         Division B

Affirmed.

**JAMES HALL v. ANN MARIE LYNCH and JAMES HALL v. ANN MARIE LYNCH.**

32 So. (2nd) 432                                  January Term, 1948
January 23, 1948                                         Division B

Affirmed.

**STATE OF FLORIDA v. ONE 1939 BLACK FOUR-DOOR FORD SEDAN AUTOMOBILE, ENGINE NO. 18-4807549 and WILLIAM O. HARVEY and MRS. W. O. HARVEY.**

34 So. (2nd) 40                                  January Terms, 1948
January 27, 1948                                         Division B

Affirmed.

**LOUIS N. POKRESS v. REGINALD LALOW**

34 So. (2nd) 40                                   January Term, 1948
January 27, 1948                                           En Banc
Rehearing denied February 20, 1948

Affirmed.